# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

FABIAN GUERRA,

    Plaintiff,

v.                                    CASE NO. 5:15-cv-00301-MP-EMT

BATEH DEENA JANAN, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 24, 2015. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and incorporated by reference in this order.

2. This case is transferred to the United States District Court for the Middle District of Florida.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this _28th_ day of December, 2015

                                      *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge